DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jordon<br><br>Case below:<br>138 N.C. App. 711 | No. 637P04 | Def's Petition for Writ of Certiorari to Review the Decision of the COA (COA99-970) | Denied 02/03/05 |
| State v. Locklear<br><br>Case below:<br>165 N.C. App. 905 | No. 498P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1260)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Strike | 1. —<br><br>2. Allowed 02/03/05<br><br>3. Denied 02/03/05<br><br>4. Dismissed ex mero motu 02/03/05 |
| State v. McAdoo<br><br>Case below:<br>165 N.C. App. 222 | No. 400A04 | 1. Def's Notice of Appeal Based Upon a Substantial Constitutional Question (COA03-1061)<br><br>2. AG's Motion to Dismiss Appeal | 1. —<br><br>2. Allowed 02/03/05 |
| State v. McQueen<br><br>Case below:<br>165 N.C. App. 454 | No. 420P04 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1251) | Denied 02/03/05 |
| State v. Nixon<br><br>Case below:<br>166 N.C. App. 761 | No. 623P04 | Def's PDR, or Alternatively, PWC (COA04-28) | Denied 02/03/05 |
| State v. Oakley<br><br>Case below:<br>167 N.C. App. 318 | No. 021P05 | Def's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA03-1709) | Denied 02/03/05 |
| State v. Peterson<br><br>Case below:<br>164 N.C. App. 600 | No. 319P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-948)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 02/03/05<br><br>2. Denied 02/03/05 |
| State v. Scott<br><br>Case below:<br>166 N.C. App. 518 | No. 570P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-134) | Denied 02/03/05 |